943 So.2d 850 (2006)
Natalia INCLAN, Appellant,
v.
Carlos A. DIEZ, Appellee.
No. 3D04-2931.
District Court of Appeal of Florida, Third District.
November 1, 2006.
Allison Doliner Hockman, Coral Gables Miami, for appellant.
Steven N. Abramowitz, for appellee.
Before GERSTEN and FLETCHER, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See In re Gregory, 313 So.2d 735 (Fla.1975); Kasdorf v. Kasdorf, 931 So.2d 257 (Fla. 4th DCA 2006); O'Brien v. Crumley, 695 So.2d 881 (Fla. 5th DCA 1997); Quinn v. Settel, 682 So.2d 617 (Fla. 3d DCA 1996).